JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 15-6566-JFW (PJWx)** | Date:  November 10, 2015 |

Title:     Phoebe Holston -v- Stellar Recovery, Inc.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                    None Present
  Courtroom Deputy                  Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                              None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**


     As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 15, 2015, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 23, 2015, is **VACATED**.  See Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

     IT IS SO ORDERED.